PROB 12C
(7/93)

Report Date: October 1, 2014

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 03, 2014

SEAN F. McAVOY, CLERK

Name of Offender: Troy Mallard Craig           Case Number: 0980 2:12CR02033-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: December 6, 2012

| | | |
|---|---|---|
| Original Offense: | Manufacture of Marijuana, 21 U.S.C. § 841 (a) (1) | |
| Original Sentence: | Prison - 15 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: December 27, 2013 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: December 26, 2016 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Craig was cited for driving under the influence and speeding on June 8, 2014.  He was charged in Yakima Municipal Court, Yakima, Washington, case numbers 4Z05517036 and 4Z0529934.  He was arraigned and placed on conditions of release.  The defendant failed to appear leading to the issuance of a bench warrant on September 16, 2014.<br><br>The police report indicates the defendant was stopped for speeding and during the contact, the officer detected an odor of intoxicants coming from the interior of the vehicle.  The officer spoke with the Mr. Craig and observed his eyes were watery, bloodshot, and his speech was slurred.  The officer called for assistance and a Washington State Patrol trooper arrived, who administered the sobriety tests and determined Mr. Craig was intoxicated, leading to his arrest for driving while under the influence. While placing the defendant in the patrol vehicle, his girlfriend exited the defendant's vehicle and attempted to contact the Mr. Craig.  She was given directives but failed to follow them.  She assaulted the officer by kicking him, which lead to her having to be detained. |

Prob12C
**Re: Craig, Troy Mallard**
**October 1, 2014**
**Page 2**

| | | |
|---|---|---|
| 2 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. | |

**Supporting Evidence**: Mr. Craig was arrested on September 11, 2014, and charged with second degree assault domestic violence, unlawful imprisonment domestic violence, and felony harassment domestic violence, in Yakima County Superior Court, Yakima, Washington, under cause number 14-1-01295-6.

The officer's reports indicate the defendant was drinking at a local establishment with his girlfriend. After the defendant and his girlfriend argued, she left the bar and went to a friend's home. The defendant traveled to the friend's home and allegedly dragged his girlfriend out of the home against her will and forced her into his vehicle and he drove away. While driving back toward her residence, Mr. Craig told the female, if she tried to leave, he would kill her and then himself. The female then asked the defendant to stop the car so she could walk, at which time she stated Mr. Craig pushed her out of the vehicle. She sustained several injuries but was able to get up and run home, where she contacted a neighbor, who called the police.

A short time later, Mr. Craig was taken into custody at his residence. He admitted to being at the bar, drinking with his girlfriend but denied pushing the female out of his vehicle. Instead, she jumped out of the vehicle on her own accord. He stated he helped her back into his car and drove her home. She exited his car and ran to the neighbor's residence. Mr. Craig then drove away from the incident.

Mr. Craig was arraigned on the charges on September 26, 2014, and his bail was maintained at $50,000. He has a bail review hearing set for October 8, 2014, with an Omnibus hearing set for October 23, 2014, and a trail date of November 3, 2014.

3    **Special Condition #14**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: See narrative from violations #1 and #2.

4    **Special Condition #15**: You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

**Supporting Evidence**: The defendant entered and remained in a bar or an establishment where alcohol is the primary item of sale. On September 11, 2014, Mr. Craig went to a local pub and remained in the facility and drank alcohol.

The U.S. Probation Office respectfully recommends the Court issue a summons for the defendant to answer to the allegations contained in this petition.

Prob12C
**Re: Craig, Troy Mallard**
**October 1, 2014**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/01/2014

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

October 3, 2014
Date