PROB 12C
(7/93)

Report Date: September 10, 2015

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2015

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Troy Mallard Craig | Case Number: 0980 2:12CR02033-SAB-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇, Yakima, Washington 98902 | |
| Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: December 6, 2012 | |
| Original Offense: | Manufacture of Marijuana, 21 U.S.C. § 841 (a) (1) |
| Original Sentence: | Prison 15 months; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| | Date Supervision Commenced: April 28, 2015 |
| Defense Attorney: | Rick Lee Hoffman |
| | Date Supervision Expires: September 27, 2017 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: Troy M. Craig was arrested on September 1, 2015, and held for investigation of felony violation of a no contact order (assault), assault second degree (strangulation), attempted burglary and felony harassment (threats to kill). |
| | On September 8, 2015, Mr. Craig was arraigned in Yakima County Superior Court, Yakima, Washington, under cause number 15-1-01347-1, charging him with assault second degree, strangulation.  Further charges may be filed. |
| | The narrative from the Yakima Police Department report indicates Troy Craig, while at the victim's home, strangled her and threatened to kill her.  He left the residence but returned sometime later and left a phone inside the house. Officers attempted to locate Mr. Craig at his residence, but were unsuccessful.  He was arrested a couple of days later by the Yakima County Violent Crimes Task Force. |

Prob12C
**Re: Craig, Troy Mallard**
**September 10, 2015**
Page 2

2     <u>**Mandatory Condition # 2**</u>: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: On September 8, 2015, Troy Mallard Craig was charged with unlawful possession of firearm first degree, felon in possession of a firearm with conviction of crime of violence filed under cause number 15-1-01378-1.

On September 1, 2015, officers from the Yakima County Violent Crimes Task Force attempted to contact the defendant at his residence located at 1321 South 18th Avenue, Yakima, Washington. After knocking on the door several times and receiving no answer, officers obtained a state search warrant to enter the residence and attempt to locate Mr. Craig. He was not in the home or in the out building (garage); however, during the search of the out building, one of the officers observed a Remington 870 shot gun and ammunition. The item was secured and released to a family member.

The Yakima Police Department detective investigating the assault matter outlined in violation number 1, learned Mr. Craig had sent the victim a text message with a photo attached. The picture displayed a firearm and two rounds of ammunition and Mr. Craig threatened to harm himself with the firearm because his girlfriend had broken up with him.

After further investigation, the detective determined the firearm located in the out building and the photo of a firearm displayed in the text message matched, leading to the new charges listed above.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     September 10, 2015

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

9/11/2015

Date