PROB 12C
(6/16)

Report Date: April 30, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 01 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Troy Mallard Craig          Case Number: 0980 2:12CR02033-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: December 6, 2012

| | | |
|---|---|---|
| Original Offense: | Manufacture of Marijuana, 21 U.S.C. § 841 (a) (1) | |
| Original Sentence: | Prison - 15 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(01/06/15) | Prison - 7 months<br>TSR - 29 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: April 28, 2015 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: TBD |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/10/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number         Nature of Noncompliance

3                        **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

                         **Supporting Evidence**: A review of a Yakima police report indicates the victim was interviewed on September 4, 2015, and the victim related Mr. Craig possessed a firearm during the summer of 2014, at which time he would have been on his initial term of supervision, which was ultimately revoked and terminated. He again possessed the firearm on or about August 6, 2015, when he sent the victim in his state matter, 15-1-01347-1, a text message photo of the firearm with a threat to commit suicide.

                         An agent with the Bureau of Alcohol and Tobacco, Firearms (AFT) spoke with the victim from Mr. Craig's state matter on April 27, 2018, and the victim again confirmed Mr. Craig had possessed the firearm and ammunition during August 2015, as evidenced by the text message photo received from him.

Prob12C
Re: Craig, Troy Mallard
April 30, 2018
Page 2

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/10/2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 30, 2018

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Lonny R. Suko, USDJ
Signature of Judicial Officer

5/1/18
Date